**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    KRISHNA HOTELS INC.,

          Debtor.

Chapter 11
Case No. 23-00384
Hon. Timothy A. Barnes

_____

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on **May 17, 2023, at 9:00 a.m.**, I will appear before the Honorable Timothy Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the *Motion for Relief from the Automatic Stay of Byline Bank*, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode. **When prompted identify yourself by stating your full name**.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site. To reach Judge Barnes' web page go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

      I, Dawn R, Copley, certify that I served a copy of this Notice and *Motion for Relief from the Automatic Stay of Byline Bank*, on each person/entity shown on the attached list at the address shown and by the method indicated on the list on April 18, 2023 before 5:00 p.m., Central.

                                      By: /s/ Dawn R. Copley
                                            One of Its Attorneys

Dawn R. Copley (MI P53343)
dcopley@dickinson-wright.com
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI  48226
(313) 223-3108

## Service List

**Electronic Notice Sent Through the ECF System:**

Timothy C. Culbertson
tcculb@gmail.com

Spencer C. Ezell
Spencer.ezell@usdoj.gov

**Notice Sent by First Class Mail:**

| | |
|---|---|
| Krishna Hotels, Inc.<br>433 Meadow Dr.<br>Schaumberg, IL  60193-3568 | Brian D. Jones<br>1 North Old State Capital Plaza, Suite 2<br>Springfield, IL  62701-1323 |
| Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL  62794-9035 |
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn St., Room 2600<br>Chicago, IL  60604-1705 | IDOR<br>PO Box 19035<br>Springfield, IL  62794-9035 |
| | |
| | |
| | |